Order entered January 26, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00054-CV

**BARBARA MEREDITH, Appellant**

V.

**OXFORD TOWNHOMES, LLC, JASON ROSE, INDIVIDUALLY,
JR ROSE DEVELOPMENT, LLC, OXFORD TOWNHOMES ADDITION
HOMEOWNER ASSOCIATION INC., DAVID NOLAN, JR.,
HOME OWNERS MANAGEMENT ENTERPRISES, INC. D/B/A HOME OF TEXAS,
WARRANTY UNDERWRITERS INSURANCE COMPANY,
ADVANCED ASSOCIATION MANAGEMENT, INC.,
AND MICHELLE HERNANDEZ, Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-10-07847-B**

## ORDER

Before the Court is appellant's January 22, 2015 unopposed motion to voluntarily dismiss the appeal of select orders only. Appellant states that, if the Court grants the motion, Advanced Association Management, Inc., Michelle Hernandez, and David Nolan, Jr. will no longer be parties to this appeal. Accordingly, we **GRANT** the motion **TO THE EXTENT** that we **DISMISS** Advanced Association Management, Inc., Michelle Hernandez, and David Nolan, Jr. as parties to this appeal.

/s/    ELIZABETH LANG-MIERS
JUSTICE